UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

                      Petitioner,

              -v.-

PRIME CONTRACTORS, INC.,

                      Respondent.

22 Civ. 7085 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On August 19, 2022, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **September 12, 2022**. Respondents' opposition, if any, is due on **September 26, 2022**. Petitioners' reply, if any, is due **October 3, 2022**.

    Petitioners shall serve the petition upon Respondents electronically and by overnight mail no later than **September 6, 2022**, and shall file an affidavit of such service with the court no later than **September 9. 2022**.

SO ORDERED.

Dated: August 29, 2022
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge