UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>                    Petitioner,<br><br>          -v.-<br><br>PRIME CONTRACTORS, INC.,<br><br>                    Respondent. | 22 Civ. 7085 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 25, 2023, the Clerk of Court issued a certificate of default in this case. (Dkt. #15). On August 29, 2022, the Court set a briefing schedule for confirmation of Petitioner's arbitral award in the form of a motion for summary judgment. (Dkt. #5). In line with this schedule, Petitioner timely filed its motion for summary judgment and supporting papers, as well as proof of service of the motion. (Dkt. #8-12). Although Respondent has not submitted an opposition, the Court will consider the motion for summary judgment unopposed. Accordingly, Petitioner is directed to not move for a default judgment.

          SO ORDERED.

Dated:     January 26, 2023
           New York, New York

                                                  _____
                                                   KATHERINE POLK FAILLA
                                                   United States District Judge