**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

                              Petitioner,

      -against-                                                    22 **CIVIL** 7085 (KPF)

                                                                        **<u>JUDGMENT</u>**
PRIME CONTRACTORS, INC.,

                              Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 6, 2023, Petitioner's motion for summary judgment is GRANTED. Judgment is entered in favor of Petitioner in the amount of $33,700.10, consisting of: (i) the Award of $31,337.60; (ii) $1,830.00 in attorneys' fees; and (iii) $532.50 in costs. The Court also awards pre-judgment interest on the $31,337.60 Award at the rate of nine percent per annum from June 9, 2022, through the entry of judgment, in the amount of $2,804.93; accordingly, the case is closed.

**Dated:**  New York, New York

        June 7, 2023

                                                                    **RUBY J. KRAJICK**

                                                                 _____
                                                                        **Clerk of Court**

                                     **BY:**        *K. Mango*

                                                                    _____
                                                                        **Deputy Clerk**